AUSA KKD

**FILED**
AUG 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Gabriela SOBERON-Cardenas,<br><br>　　　　　　　Defendant. | Magistrate Case No.:<br><br>**'08 MJ 8714**<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about August 10, 2008, within the Southern District of California, defendant Gabriela SOBERON-Cardenas did knowingly and intentionally import approximately 35.14 kilograms (77.31 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Rudy Garcia, Special Agent
　　　　　　　　　　　　　　　　　　　　　U.S. Immigration and
　　　　　　　　　　　　　　　　　　　　　Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 11th DAY OF August 2008.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PETER C. LEWIS
　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Gabriela SOBERON-Cardenas

STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to U.S. Immigration and Customs Enforcement Special Agent Rudy Garcia.

On August 10, 2008, at approximately 0925 hours, Gabriela SOBERON-Cardenas (SOBERON) attempted to enter the United States from the Republic of Mexico at the Calexico, California, West Port of Entry. SOBERON was the driver, registered owner, and sole occupant of a 1994 Chevrolet Blazer with Baja California, Mexico license plate number BEE5100.

SOBERON presented her Mexican border crossing card to Customs and Border Protection Officer (CBPO) O. Zermeno. SOBERON gave a negative custom's declaration. CBPO O. Zermeno questioned SOBERON regarding her destination and the vehicle. SOBERON stated she was going shopping to the Price Center. SOBERON stated the vehicle was hers. CBPO Zermeno noted that SOBERON seemed irritated at being questioned and appeared to be in a hurry. CBPO Zermeno also observed that the interior of the vehicle lacked personal items. CBPO Zermeno referred SOBERON to vehicle secondary for further inspection.

In vehicle secondary, CBPO S. Apolinar received a negative custom's declaration from SOBERON. CBPO S. Apolinar asked SOBERON for the purpose of her entry into the U.S. and SOBERON stated she was going to the Price Center to buy clothes. SOBERON stated she purchased the vehicle two months ago for $2,000. Customs Enforcement Officer (CEO) R. Navarro conducted a canine examination of the vehicle with his human/narcotic detection dog. The canine alerted to the rear passenger side tire.

A subsequent inspection of the vehicle revealed 30 packages concealed inside four tires on the vehicle and one spare tire. One of the packages was probed and it field-tested positive for marijuana. The 30 packages had a combined net weight of approximately 35.14 kilograms (77.31 pounds) of marijuana.